# SUPREME COURT OF HAWAI'I

## June 23, 1997

| | | |
|---|---|---|
| 20105 | Benbow, Matter of | Affirmed |
| 19523 | State v. Guillermo | Affirmed |
| 20200 | State v. Jarneski | Affirmed |

## June 26, 1997

| | | |
|---|---|---|
| 18725 | County of Hawaii v. Iranon | Affirmed |

## June 27, 1997

| | | |
|---|---|---|
| 19054 | Greff v. Machado | Affirmed |
| 18826, 18909 | United Public Workers, AFSCME, Local 646, AFL–CIO v. Civil Service Com'n, State of Hawaii | Affirmed |

## June 30, 1997

| | | |
|---|---|---|
| 19016 | State v. Choe | Affirmed |

## July 8, 1997

| | | |
|---|---|---|
| 19304 | Martin v. Walker | Dismissed |
| 19126 | Outrigger Hotels Hawaii v. City and County of Honolulu | Affirmed |
| 19618 | State v. Agustin | Affirmed |

## July 15, 1997

| | | |
|---|---|---|
| 18363 | Daitz v. State | Affirmed |
| 16847 | State v. Eckenfels | Affirmed |
| 19978 | State v. Jones | Affirmed |
| 20228 | State v. Leandro | Affirmed |